* The panel unanimously finds this case suitable for decision without oral argument. Fed.

WESTFORK, a Nevada Corporation; Calneva Cattle Company, a Nevada Corporation, Plaintiffs—Appellants

v.

UNITED STATES of America; Right Away Foods Corporation, Defendants—Appellees

No. 00–15333.

D.C. No. CV–97–01360–WBS/JFM.

United States Court of Appeals, Ninth Circuit.

Submitted July 12, 2001 *.

Decided July 17, 2001.

Discretionary Review Granted by Supreme Court Aug. 15, 2001.

R.App. P. 34(a)(2).

Before SNEED, WARDLAW and
BERZON, Circuit Judges.

MEMORANDUM **

Westfork Corp. and Calneva Cattle Co.
(collectively, "Westfork") appeal the dis-
trict court's order of costs requiring them
to pay certain expenses incurred by defen-
dants in Westfork's unsuccessful tort ac-
tion. We affirm. Because the facts are
familiar to the parties, we recount them
only as necessary to explain our decision.

■ 1. The district court was within
its discretion to consider Right Away
Foods Corp.'s bill of costs, notwithstanding
the timing of Right Away's submission of
supporting documentation. *Harris v.
Marhoefer*, 24 F.3d 16, 20 n. 4 (9th Cir.
1994).

■ 2. We review the district court's
award of costs for abuse of discretion.
*Alflex Corp. v. Underwriters Labs., Inc.*,
914 F.2d 175, 176 (9th Cir.1990). The
district court addressed Westfork's objec-
tions in detail, and provided a reasoned
basis for rejecting them. We cannot say
that the court abused its discretion.

AFFIRMED.

** This disposition is not appropriate for publi-
cation and may not be cited to or by the courts of this circuit except as may be provid-
ed by Ninth Circuit Rule 36–3.